IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STUART MAPLES,

    Plaintiff,

                                        Case No. 20-cv-1374

v.

KILOLO KIJAKAZI,
**Acting Commissioner for Social Security,**

    Defendant.

## O R D E R

This matter is before the Court on the parties' Joint Stipulation and Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised now grants the motion.

It is hereby ORDERED that this case be remanded to the agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to: reevaluate the medical opinions of record and prior administrative findings, consistent with 20 C.F.R. § 404.1520c; reassess Plaintiff's residual functional capacity;

proceed through the sequential evaluation process as needed to reach a decision; further develop the record if necessary; offer Plaintiff a new hearing; and issue a new decision.

Dated at Milwaukee, Wisconsin this 16th day of September, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge